# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Burr,<br><br>            Plaintiff,<br><br>v.<br><br>Receivable Asset Management Incorporated, et al.,<br><br>            Defendants. | **NO. CV-16-01147-PHX-ROS**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Receivable Asset Management Incorporated and National Credit Adjusters LLC.

DEFAULT ENTERED this 16th day of February, 2017.

Brian D. Karth<br>
District Court Executive/Clerk of Court

February 16, 2017

By    s/ A. Duran
      Deputy Clerk