# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Burr,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Receivable Asset Management Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-16-01147-PHX-ROS<br><br>**ORDER** |

　　　　The Court entered default in this case on February 16, 2017.  (Doc. 10.)  Plaintiff Jordan Burr filed a motion for default judgment against Defendant Receivable Asset Management Inc. ("RAM") and Defendant National Credit Adjusters LLC ("NCA").  (Doc. 11.)  In this motion, Plaintiff asked the Court to enter judgment against RAM and NCA jointly and severally in the amount of $6,130, which includes $1,000 for statutory damages, $2,000 for actual damages, $2,600 for attorney's fees incurred, and $530 for costs.  (*Id.* at 2.)  Upon reviewing Plaintiff's motion, memorandum, and supporting documents, the Court ordered Plaintiff to file an affidavit to support his claim for $2,000 in actual damages.  (Doc. 12.)  However, Plaintiff never complied.

　　　　Accordingly,

　　　　**IT IS ORDERED** Plaintiff's motion for default judgment (Doc. 11) is **DENIED without prejudice.**

　　　　**IT IS FURTHER ORDERED** that if Plaintiff does not bring another motion for default judgment, the Clerk of Court shall dismiss this case without prejudice on

September 15, 2017.

Dated this 15th day of August, 2017.

_____
Honorable Roslyn O. Silver
Senior United States District Judge