Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jordan Burr,<br><br>             Plaintiff,<br><br>v.<br><br>Receivable Asset Management, Inc., d/b/a Kramer & Associates and National Credit Adjusters LLC,<br><br>             Defendants. | No. CV16-1147-PHX-ROS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that Plaintiff and Defendants have reached a settlement in this action. Once the terms of the settlement are finalized, a notice of dismissal will be filed with the court.

/ / /

/ / /

RESPECTFULLY SUBMITTED:   September 12, 2017   .

         s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the forgoing mailed and or emailed   September 12, 2017   to:

Receivable Asset Management, Inc.
c/o  Corporation Service Company
2338 W. Royal Palm Rd Ste J
Phoenix, AZ 85021

National Credit Adjusters, LLC
**Attn:  Nicholas Moore**
In-House Counsel, NCA
327 W. 4th Avenue
Hutchinson, KS 67501

by   s/ Floyd W. Bybee